# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JULIE VOEKS and JOSEPH FOTE, <br><br> Plaintiffs, <br><br> v. <br><br> MERCHANTS & MEDICAL CREDIT CORPORATION, INC. and CAPITAL ONE NA, <br><br> Defendants. | Case No. 19-CV-304-JPS <br><br> **ORDER** |

On February 27, 2019, Plaintiffs filed this complaint alleging violations of the Fair Debt Collections Practices Act and Wisconsin state law. (Docket #1). On March 1, 2019, a summons was issued as to Defendants. On June 7, 2019, Plaintiffs filed a notice of voluntary dismissal of this action with prejudice, with each party to bear their own attorneys' fees and costs. (Docket #6). Defendants have not served an answer or response to the complaint or a motion for summary judgment. Therefore, the Court will adopt Plaintiffs' notice of voluntary dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiffs' notice of voluntary dismissal (Docket #6) be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** this action be and the same is hereby **DISMISSED with prejudice**, each side to bear its own costs.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge